**Order filed September 8, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00219-CV
_____

### LUIS SOLORZANO II DBA TEXAS CLEARING AND LEAVING, Appellant

### V.

### SAGE COMERCIAL GROUP LLC, Appellee

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1148015**

## O R D E R

Appellant's brief was due August 18, 2022. No brief or motion for extension of time has been filed.

Accordingly, we order appellant to file a brief with this court within thirty (30) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.